Brian K. JOHNSON, Plaintiff–
Appellant,

v.

Eldon VAIL, Secretary; et al.,
Defendants–Appellees.

No. 09–35498.

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 22, 2010.*

Filed Sept. 29, 2010.

Brian K. Johnson, Leisure City, FL, pro
se.

Amanda M. Migchelbrink, Assistant At-
torney General, AGWA–Office of the
Washington Attorney General, Olympia,
WA, for Defendants–Appellees.

Before: WALLACE, HAWKINS and
THOMAS, Circuit Judges.

MEMORANDUM **

The district court did not abuse its dis-
cretion by dismissing Brian K. Johnson's
("Johnson") action for failure to file an
opposition to defendants' motion to dis-
miss. *See Ghazali v. Moran,* 46 F.3d 52,
53–54 (9th Cir.1995) (per curiam) (listing
factors to be considered before dismissing
an action for failure to comply with local
rules, and explaining that we review the

record independently when the district
court does not expressly consider these
factors); *see also* W.D. Wash. R. 7(b)(2)
("If a party fails to file papers in opposi-
tion to a motion, such failure may be con-
sidered by the court as an admission that
the motion has merit.").

Moreover, Johnson has waived any chal-
lenge to the district court's dismissal be-
cause he has not addressed it on appeal.
*See Cook v. Schriro,* 538 F.3d 1000, 1014 n.
5 (9th Cir.2008) (explaining that issues not
raised on appeal are deemed abandoned).

Johnson's remaining contentions are un-
persuasive.

**AFFIRMED.**

---

* The panel unanimously concludes this case is
suitable for decision without oral argument.
*See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
cation and is not precedent except as provid-
ed by 9th Cir. R. 36–3.